UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 21 2018 ★

BROOKLYN OFFICE

TAMEIKA L. MCHARRIS,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILIARLY SITUATED,

      Plaintiff,

v

WELTMAN, WEINBERG & REIS CO., LPA,
NAVIENT SOLUTIONS, INC., AND
SLM PRIVATE CREDIT STUDENT LOAN TRUST 2006-A

      Defendants.

Civil Action, File No.
1:17-cv-04618-LDH-SJB

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against all Defendants with each party to bear its respective attorney's fees and costs incurred in this action.

/s/Mitchell L. Pashkin, Esq.
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 629-7709

/s/: Glenn M. Fjermedal
Glenn M. Fjermedal, Esq.
DAVIDSON FINK LLP
Attorneys for Defendant
28 East Main Street, Suite 1700
Rochester, New York 14614
Telephone: (585) 546-6448

So Ordered

/s/ LDH
_____
LaShann DeArcy Hall
United States District Judge